UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CHARLES G. REECE, | |
|---|---|
| Plaintiff, | Case No. 13-cv-02515-SI |
| v. | **JUDGMENT** |
| GARY SWARTHOUT, | |
| Defendant. | |

The petition for writ of habeas corpus is DISMISSED without prejudice to petitioner filing a civil rights action.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: October 14, 2015

_____
SUSAN ILLSTON
United States District Judge